UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Helen Rose Olding,　　　　　　　　　　　　　Case No. 18-43463
　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　Debtor(s)　　　/　　　　　　　Hon. Maria L. Oxholm

Timothy J. Miller,
　　　　　　　　Plaintiff(s),
v.
　　　　　　　　　　　　　　　　　　　　　　Adv. Proc. No. 18-04257
University of Michigan Credit Union,

　　　　　　　Defendant(s),　　/


## ORDER REGARDING SETTLEMENT OF ADVERSARY PROCEEDING

The parties have advised the Court that they have settled this adversary proceeding. Accordingly, pursuant to E.D.Mich.LBR 9019-1,

IT IS HEREBY ORDERED that:

1. If this adversary proceeding requires an order authorizing the Chapter 7 Trustee to compromise, then the Chapter 7 Trustee shall file an application for authority to compromise within fourteen days from the date hereof.

2. If this adversary proceeding does not require the Chapter 7 Trustee to obtain an order authorizing a compromise of this adversary proceeding or, if such an order has already been entered, then the parties shall submit a judgment, dismissal order or other appropriate order resolving this adversary proceeding within fourteen days from the date hereof.

3. In the event that the parties do not file the pleadings required by this paragraph within fourteen days from the date hereof, this adversary proceeding shall be dismissed without further notice or hearing.

IT IS FURTHER ORDERED that if a notice is required to be sent pursuant to E.D.Mich.LBR 7041-1 regarding dismissal of a complaint objecting to the debtor's discharge, the parties shall give such notice within fourteen days from the date hereof. In the event that the parties

fail to give such notice, the Court will schedule a hearing on its own order to show cause why appropriate remedies should not be issued for failure to comply with this order.

**Signed on October 22, 2018**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**